Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tubbs Jr, George | Case Number: 05 B 23101 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 6/9/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: March 6, 2009
Confirmed: July 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 98,428.00 | |
| Secured: | | 76,647.34 |
| Unsecured: | | 13,298.28 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 5,318.09 |
| Other Funds: | | 464.29 |
| Totals: | 98,428.00 | 98,428.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | CitiMortgage Inc | Secured | 40,409.39 | 40,409.39 |
| 3. | Resurgent Capital Services | Secured | 26,028.64 | 26,028.64 |
| 4. | Resurgent Capital Services | Secured | 8,285.84 | 8,285.84 |
| 5. | CitiMortgage Inc | Secured | 1,923.47 | 1,923.47 |
| 6. | American Express Centurion | Unsecured | 625.64 | 6,256.35 |
| 7. | American Express | Unsecured | 207.39 | 2,073.85 |
| 8. | ECast Settlement Corp | Unsecured | 113.88 | 1,138.77 |
| 9. | American Express Travel Relate | Unsecured | 382.93 | 3,829.31 |
| 10. | Fifth Third Bank | Unsecured | | No Claim Filed |
| | | | $ 80,677.18 | $ 92,645.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 201.33 |
| 5.5% | 1,107.31 |
| 5% | 335.56 |
| 4.8% | 644.24 |
| 5.4% | 1,449.65 |
| 6.5% | 872.45 |
| 6.6% | 707.55 |
| | $ 5,318.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tubbs Jr, George | Case Number: 05 B 23101 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 6/9/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*